IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| v. | : | |
| MARLON JENKINS | : | NO. 13-560 |

## O R D E R

**AND NOW**, this 2nd day of July, 2015, upon consideration of the Government's Unopposed Motion to Dismiss the Indictment Against Defendant Marlon Jenkins (Doc. No. 41), it is hereby **ORDERED** that, in the interests of justice, the Motion is **GRANTED** and the indictment against defendant Marlon Jenkins is dismissed without prejudice.

BY THE COURT:

*/s/ Gene E.K. Pratter*
GENE E.K. PRATTER
United States District Judge